# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>NARAYAN BHAGAT and RANJAN BHAGAT, co-trustees of the Narayan Bhagat & Ranjan Bhagat Revocable Living Trust, March 1, 1995 dba Bakersfield Inn & Suites,<br><br>    Defendants. | Case No. 1:17-cv-01678-AWI-BAM<br><br>ORDER TO SHOW CAUSE RE: DEFAULT JUDGMENT<br><br>**FIFTEEN (15) DAY DEADLINE** |

      Plaintiff Theresa Brooke ("Plaintiff") filed the instant action on December 13, 2017, alleging violations of Title III of the Americans with Disabilities Act ("ADA") and various state statutes against Defendants Narayan Bhagat & Ranjan Bhagat, co-trustees of the Narayan Bhagat & Ranjan Bhagat Revocable Living Trust, March 1, 1995 dba Bakersfield Inn & Suites.

      On January 12, 2018, the Clerk of the Court entered default against Defendant Narayan Bhagat. (Doc. No. 6.) To date, Plaintiff has not filed a motion for default judgment against Defendant Narayan Bhagat.

      Accordingly, it is HEREBY ORDERED that:

1. Within **fifteen (15) days** from the date of service of this order, Plaintiff is directed to show cause in writing why a motion for default judgment has not be filed;

2. Plaintiff may comply with this order to show cause by serving and filing a notice of motion and motion for default judgment against Defendant Narayan Bhagat. The motion should be scheduled for hearing in compliance with this Court's Local Rule 230;

3. Plaintiff is directed to serve a copy of this order on Defendants Narayan Bhagat and Ranjan Bhagat; and

4. Plaintiff's failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **March 1, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE