UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>          Plaintiff,<br><br>     v.<br><br>NARAYAN BHAGAT and RANJAN BHAGAT,<br><br>          Defendants. | Case No.: 1:17-cv-01678-AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE<br><br>(Doc. 9) |

Plaintiff Theresa Brooke ("Plaintiff") filed the instant action on December 13, 2017, alleging violations of Title II of the Americans with Disabilities Act ("ADA") and various state statutes against Defendants Narayan Bhagat & Ranjan Bhagat, co-trustees of the Narayan Bhagat & Ranjan Bhagat Revocable Living Trust, March 1, 1995 dba Bakersfield Inn & Suites.[1]

On January 12, 2018, the Clerk of the Court entered default against Defendant Narayan Bhagat. (Doc. 6.). Plaintiff, however, failed to file a motion for default judgment. On March 2, 2018, the Court ordered Plaintiff to either show cause in writing or file the motion for default judgment by March 20, 2018. The Court advised Plaintiff that the failure to comply with the order may result in the imposition of sanctions. (Doc. 9).

---

[1] Plaintiff has not returned an executed service of summons for Ranjan Bhagat. Rule 4(m) of the Federal Rules of Civil Procedure states that if a Defendant is not served within 90 days after the complaint is filed, the Court—on motion or on its own after notice to the Plaintiff—must dismiss the action without prejudice against the Defendants. Fed. R. Civ. P. 4(m).

1  The deadline for Plaintiff to respond to the order to show cause passed and Plaintiff failed
2  to file a response or otherwise comply with the Court's order.

3  On July 10, 2018, following Plaintiff's failure to respond to the Order to Show Cause, the
4  Magistrate Judge issued Findings and Recommendations recommending dismissal of this action,
5  without prejudice, for failure to prosecute. (Doc. 10.) Those Findings and Recommendations were
6  served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen
7  (14) days after service. (Id. at 3.) More than fourteen days have passed since the Findings and
8  Recommendations were issued, and no objections have been filed. Plaintiff has not otherwise
9  communicated with the Court.

10  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a
11  de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the
12  Magistrate Judge's Findings and Recommendations are supported by the record and by proper
13  analysis.

14  Accordingly, IT IS HEREBY ORDERED that:
15  1.  The Findings and Recommendations issued on July 10, 2018, (ECF No. 10), are
16      adopted in full;
17  2.  This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute;
18      and
19  3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 27, 2018

SENIOR DISTRICT JUDGE

2